UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 10-80191-CIV-MARRA/JOHNSON

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

RESOURCE PUBLISHING CO., *et al.*,

    Defendants.

**MOTION FOR LEAVE TO WITHDRAW CERTAIN COUNSEL OF RECORD**

In accordance with S.D. Fla. L.R. 7.1.A.1(f), Plaintiff Federal Trade Commission ("FTC") respectfully moves that the Court allow the withdrawal from the case of FTC attorney Philip P. Tumminio. The undersigned is leaving the employ of the Federal Trade Commission, and the Federal Trade Commission will continue to be represented by its other counsel of record.

March 11, 2010                      Respectfully submitted,

                                         /s/ *Philip P. Tumminio*
                                         Philip Tumminio (Bar No. A5501062)
                                         Federal Trade Commission
                                         600 Pennsylvania Avenue NW
                                         Washington, DC 20580
                                         (202) 326-2004 (direct)
                                         (202) 326-3395 (facsimile)
                                         ptumminio@ftc.gov

                                         Attorney for Plaintiff
                                         FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 10-80191-CIV-MARRA/JOHNSON

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

RESOURCE PUBLISHING CO., *et al*.,

        Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2010, I electronically filed the foregoing document and related proposed order with the Clerk of the Court using CM/ECF. I also certify that the foregoing document and order are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Philip P. Tumminio*
Philip Tumminio (Bar No. A5501062)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC  20580
(202) 326-2004  (direct)
(202) 326-3395  (facsimile)
ptumminio@ftc.gov

**SERVICE LIST**
*Federal Trade Commission v. Resource Publishing Co., et al.*
Case No. 10-80191-CIV-MARRA/JOHNSON
United States District Court, Southern District of Florida

Notified via transmission of Notices of Electronic Filing generated by CM/ECF:

Aaron M. Cohen
Philip A. Duvalsaint
Cohen & Papera L.L.C.
955 NW 17th Ave., Building D
Delray Beach, FL  33445
amc@cohenpapera.com;
pad@cohenpapera.com


Carlo D'Angelo
705 B North Pacific Street
Mineola, TX  75773
903-638-0160 (phone)
903-638-0161 (facsimile)
carlo@dangelolegal.com

Attorney for Defendants
RESOURCE PUBLISHING CO.,
JASON ARTHUR BARNES, and
RACQUELLE HART BARNES